**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **STORMBORN TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FORTINET, INC.,**<br><br>Defendant. | Civil Action No: 4:22-cv-00919<br><br>**TRIAL BY JURY DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff Stormborn Technologies LLC states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: October 27, 2022

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Howard.Wernow@sswip.com

ATTORNEY FOR PLAINTIFF